IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY B. SCHOBERT,

    Plaintiff,
v.                                        CASE NO. 5:16-cv-275-LC-GRJ

SERGEANT MORENO,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff initiated this case by filing a complaint, ECF No. 1, on October 4, 2016, and seeks leave to proceed as a pauper, ECF No.2. Plaintiff's motion, ECF No. 2, is deficient because Plaintiff failed to file a Prisoner Consent and Financial Certificate, together with a certified copy of his six-month prison account statement showing all transactions in his inmate account for the six months immediately preceding the filing of the complaint (March 28, 2016, through September 28, 2016). The Court deferred further screening of the complaint and ordered Plaintiff to file a prisoner consent and a certified account statement for the necessary time period on or before November 11, 2016. ECF No. 4.

    On November 28, 2016, past the due date, Plaintiff filed the consent form and an account statement. The account statement is for the time

period June 1, 2016 through October 31, 2016.  Plaintiff therefore has failed to comply with the Court's order to provide a certified account statement for the necessary time period of March 28, 2016, through September 28, 2016, which is the six-month period preceding the filing of the Complaint.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED without prejudice** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 5th day of December 2016.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**