IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY BRIAN SCHOBERT,

      Plaintiff,

v.                                  CASE NO. 5:16-cv-275-LC-GRJ

SERGEANT MORENO,

      Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report

and Recommendation dated December 5, 2016, (ECF No. 6).   The Plaintiff has

been furnished a copy of the Report and Recommendation and has been afforded

an opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that

the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and

incorporated by reference in this order.

2.  The complaint, ECF No. 1, is **DISMISSED.**

**DONE AND ORDERED** this 3rd day of January, 2017.

        s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**